NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NERDIO LTD.,**
*Appellant*

**v.**

**NERDIO, INC.,**
*Appellee*

---

2024-2091

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92075281.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion for an extension of time for filing the opening brief,

2                              NERDIO LTD. v. NERDIO, INC.

IT IS ORDERED THAT:

The motion is granted to the extent that the opening brief is due no later than January 27, 2025.  No further extensions of time for the opening brief should be anticipated.

FOR THE COURT

December 19, 2024
Date

Jarrett B. Perlow
Clerk of Court