NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NERDIO LTD.,**
*Appellant*

v.

**NERDIO, INC.,**
*Appellee*

2024-2091

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92075281.

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

January 15, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 15, 2025